JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GIOVANNI JONES,
Plaintiff,
v.
HUNTER WARFIELD, INC., et al.,
Defendants.

Case No. CV 25-4887-MWF(MAAx)

ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

The Court has considered the Stipulation of Dismissal as to Defendant Experian Information Solutions, Inc. (the "Stipulation") filed by Plaintiff Giovanni Jones and Defendant Experian Information Solutions, Inc. ("Experian"). (Docket No. 55). For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's causes of action against Defendant Experian are DISMISSED with prejudice.
2. Plaintiff and Defendant Experian shall each bear their own costs and attorneys' fees.
3. Defendant Experian is the last active Defendant, and the Clerk of Court shall close this action.

**IT IS SO ORDERED.**

Dated: October 30, 2026

MICHAEL W. FITZGERALD
United States District Judge